COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

§

IN RE: ANGEL ROMERO,

§

Relator.

§

§

§

No. 08-15-00194-CR

AN ORIGINAL PROCEEDING

IN MANDAMUS

## J U D G M E N T

The court has considered this cause on the Relator's petition for writ of mandamus and the same being considered, it is the opinion of this Court that Relator's petition should be dismissed for lack of jurisdiction. We therefore dismiss the petition in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 8TH DAY OF JULY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.